## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## COLUMBUS DIVISION

| | |
|---|---|
| NATASHA HUBBARD,<br><br>      Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>      Defendant. | Case No.: 2:20-cv-04165-SDM-EPD |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Natasha Hubbard and JPMorgan Chase Bank, N.A. ("Chase") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next sixty (60) days. Plaintiff kindly requests the Court vacate any pending deadlines in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement

RESPECTFULLY SUBMITTED,

COZMYK LAW OFFICES, LLC

Date: October 14, 2020

By: */s/Peter Cozmyk*
Peter Cozmyk (78862)
6100 Oak Tree Blvd., Suite 200
Independence, OH 44131
pcozmyk@cozmyklaw.com
P: (870) 570-4440
F: (216) 485-2125
*Attorneys for Plaintiff*
*Natasha Hubbard*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 14, 2020, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Diego Sanchez*