# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

NATASHA HUBBARD,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

Case No.: 2:20-cv-04165-SDM-EPD

**STIPULATION FOR DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK, N.A., WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Natasha Hubbard and Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. The parties have further stipulated that each party shall bear their own shall bear their own attorneys' fees, costs, and expenses.

//

//

//

//

//

//

Respectfully submitted this 14th day of January 2021,

        COZMYK LAW OFFICES, LLC

        By: */s/Peter Cozmyk*
        Peter Cozmyk (78862)
        6100 Oak Tree Blvd., Suite 200
        Independence, OH 44131
        pcozmyk@cozmyklaw.com
        P: (870) 570-4440
        F: (216) 485-2125
        *Attorneys for Plaintiff*
        *Natasha Hubbard*


        BARNES & THORNBURG LLP

        */s/ David J. Dirisamer*
        David J. Dirisamer (0092125)
        41 South High Street, Ste. 3300
        Columbus, OH 43215
        Telephone: (614) 628-1451
        Fax: (614) 628-1433
        david.dirisamer@btlaw.com
        *Attorney for Defendant JPMorgan Chase Bank, N.A.*